# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeal of -- | ) | |
| | ) | |
| Trust One Components | ) | ASBCA No. 61062 |
| | ) | |
| Under Contract No. SPETA6-16-M-0702 | ) | |

APPEARANCE FOR THE APPELLANT:

Mr. Peter Shaw
CEO/President

APPEARANCES FOR THE GOVERNMENT:

Daniel K. Poling, Esq.
  DLA Chief Trial Attorney
Elan D. Taylor, Esq.
Edward R. Murray, Esq.
  Trial Attorneys
  DLA Aviation
  Richmond, VA

## ORDER OF DISMISSAL

Appellant has requested to withdraw this appeal, stating that the government has rescinded its demand for payment in the contracting officer's final decision, dated 9 February 2017. The government does not oppose the request. Accordingly, the appeal is dismissed.

Dated: 1 June 2017

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61062, Appeal of Trust One Components, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals